# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**THEADORE R. WILSON**
Plaintiffs

SUMMONS IN A CIVIL CASE

VS.

Case Number: 1:06CVO1585
Judge:        Henry H. Kennedy
Deck Type:   Employment Discrimination
Date Stamp:  09/13/2006

TIMOTHY COX, et al
**U.S. ATTORNEY GENERAL**
Defendant

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Dennis M. Wilson, am a resident of Maryland, residing at 920 Venice Drive, Silver Spring, Maryland 20904 and maintain an office at 4701 Jay St. N.E. Washington D.C. I am in no way a party to this action, nor am I otherwise interested in the outcome of this suit. I am over twenty-one (21) years of age.

On Thursday September 14, 2006 at approximately 1:00 in the afternoon I served Summons and Complaint in the above captioned case to the above named Defendant the **United States Attorney General**. Service was made by delivering to and leaving with Raymond McDonell G/C-2 the Summons / Complaint and related documents issued by this Court. Raymond McDonell G/C-2 is authorized to accept service as a normal part of his duties for the U.S Attorney General. Service was made in the service area in the rear of (The Department Of Justice 950 Pennsylvania Ave. NW Washington DC 20530.

_(signed)_
Dennis M. Wilson

Subscribed and sworn to before me

this 14 day of September 2006

_(signed)_
Notary Public

NORIE KINGPRUEK
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES JAN. 7, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Theodore R. Wilson

**SUMMONS IN A CIVIL CASE**

V.

Timothy Cox, et al

CASE NUMBER: 1: 06CV01585
Judge: Henry H. Kennedy
Deck Type: Employment Discrimination
Date Stamp: 09/13/2006

TO: (Name and address of Defendant)

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave. NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~Pro Se~~ (name and address)

Theodore R. Wilson
3700 North Capitol Street, NW
#128
Washington, DC 2011-8400

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nancy M. Mayer-Whittington          Sept. 13, 2006
CLERK                                DATE

/s/ Maureen Higgins
(By) DEPUTY CLERK

[handwritten margin notes: "G/c 2", "Raymond McDonell rpus"]

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 09/14/2006 | 1 p.m. |
| NAME OF SERVER (PRINT) Dennis M. Wilson | TITLE SPS | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: United States Attorney (General) 950 Penn. Ave NW Corr.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Raymond McDowell C/C-2

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/14/2006    Dennis M. Wilson
              Date              Signature of Server

920 Venice Dr. Sil. Spr. MD 20904
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Theodore R. Wilson
3700 North Capitol St. NW, #128
Washington, D. C. 20011-8400
Tel. (202) 291-5968

Vs.

Timothy Cox
Chief Operating Officer
Armed Forces Retirement Home-Washington
3700 North Capitol St. NW
Washington, D. C. 20011-8400

and

The United States of America
555 4th St. NW
Washington, D. C. 20001

CASE NUMBER  1:06CV01585

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 09/13/2006

## COMPLAINT

### Introduction

1. This is an action seeking monetary damages for the plaintiff who was fired from his employment in violation of the Age Discrimination in Employment Act of 1967.

### Parties

2. The Plaintiff is a 74 year old adult citizen of the District of Columbia who resides at the Armed Forces Retirement Home-Washington located at 3700 North Capitol St. NW, Washington, D. C. 20011-8400.

1