29 Sept. 2006

Dear Madam Clerk,

When I Filed my case: #06-1585-HHK, I was asked for a letter of intentions. I didn't know what it was and said that I did not have one.

I have been told what it is and I do have one.

Enclosed.

Sorry for the mistake.

Theodore R. Wilson
#06-1585-HHK

(303) 291-5966

ARMED FORCES RETIREMENT HOME-WASHINGTON
3700 North Capitol Street, N.W.
Washington, D.C. 20317

November 4, 3003

Mr. Theodore R. Wilson, 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   #D6-1585-HHK
Scott 5001
Armed Forces Retirement Home – Washington
3700 N. Capitol Street, NW
Washington, DC 20317

Dear Mr. Wilson,

The Resident Services Directorate is undergoing some changes at this time. Unfortunately these changes will affect you.

As a result of the recent reorganization, your position as Security Guard will be abolished effective Sunday, January 4, 2004. With this in mind, your last day of employment will be Sunday, January 4, 2004.

I regret that this decision has to be made at this time, but is necessary. Your continued dedicated service would be greatly appreciated throughout these last few months.

William C. Waninger
Chief, Security & Investigations Division
Resident Services

I acknowledge receipt of original of this letter.

_____   4 Nov 03
EMPLOYEE SIGNATURE                DATE