UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THEODORE R. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1585 (HHK) |
| | ) | |
| TIMOTHY COX, | ) | |
| CHIEF OPERATING OFFICER, | ) | |
| ARMED FORCES RETIREMENT | ) | |
| HOME-WASHINGTON, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully moves for an enlargement of time of forty-five (45) days, up to and including January 26, 2007, in which to answer, move or otherwise respond to plaintiff *pro se*'s complaint. Defendant's reply would otherwise be due on December 12, 2006. As grounds for this Motion Defendant states as follows:

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA"). Plaintiff alleges that, on January 4, 2004, he was terminated from his position as a resident employee security guard at the Armed Forces Retirement Home-Washington, after being told in July or August of 2003 that the resident employee program would be abolished. See Complaint ¶¶ 8-10. On March 23, 2004, plaintiff filed a Complaint of Discrimination with the Merit Systems Protection Board ("MSPB") alleging that his termination was based upon his age. On May 24, 2006, the Administrative Judge issued a decision finding no discrimination.

This decision became final on June 20, 2006. On or about September 5, 2006, plaintiff filed an appeal. On September 18, 2006, the Board issued an Order to Show Cause ordering plaintiff to file evidence establishing timeliness and jurisdiction.

On October 11, 2006, plaintiff filed a claim with the Department of Labor alleging that the home violated his rights under the Veterans Employment Opportunities Act. On October 16, 2006, the Department of Labor dismissed the claim as untimely. On October 23, 2006, appellant filed an appeal of the dismissal with the MSPB. On October 27, 2006, the MSPB issued an Order to Show Cause with respect to this claim.

The record of the MSPB closed for all matters on November 13, 2006. It was anticipated that the MSPB would have issued a decision by this time. However, the Administrative Judge assigned to the matter scheduled a status conference for December 8, 2006. See Exhibit 1 (Status Conference Order). During that status conference, the judge will discuss settlement options. Because the outcome of the status conference and/or the MSPB decision regarding timeliness and jurisdiction will determine the nature of the defendant's response to plaintiff's Complaint, defendant seeks this enlargement to await that outcome.

Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff *pro se* to ascertain his position on this motion.[1] Plaintiff *pro se* consents to this motion. For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

case, defendant respectfully requests that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2006, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C.  20011-8400


/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THEODORE R. WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>TIMOTHY COX,<br>CHIEF OPERATING OFFICER,<br>ARMED FORCES RETIREMENT<br>HOME-WASHINGTON, <u>et al</u>.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1585 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of December, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including January 26, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.

Date _____            _____
                                    UNITED STATES DISTRICT JUDGE