UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
WASHINGTON REGIONAL OFFICE

| | |
|---|---|
| THEODORE R. WILSON, <br> Appellant, | DOCKET NUMBER <br> DC-0752-06-0831-I-1 |
| v. | |
| ARMED FORCES RETIREMENT HOME, <br> Agency. | DATE: November 30, 2006 |

## STATUS CONFERENCE ORDER

I find that it would be helpful to have a status conference with the parties. Accordingly, I will initiate a telephonic status conference on **December 8, 2006**, at **11:00 a.m.**, The parties must provide me with a telephone number for the conference call before the above conference date, if a suitable number is not already included in the appeal record. My telephone number is (703) 756-6250. Extensive preparation is not necessary for this preliminary talk.

NOTE: Since I will discuss settlement options during this conference, representatives must have the authority to settle this appeal or be able to reach the person with that authority on short notice. We may include that person in the conference discussions if I deem it necessary.

FOR THE BOARD:

Thomas P. Cook
Administrative Judge

## CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

### Appellant

U.S. Mail

Theodore R. Wilson
3700 North Capitol St., NW., #128
Washington, DC 20011-8400

### Agency Representative

Facsimile

Therese Roy
Armed Forces Retirement Home
c/o Department of the Navy
614 Sicard Street, SE, Suite 100
Washington Navy Yard
Washington, DC 20374-5072

_____November 30, 2006_____
(Date)

_____
Talethia Owens
Legal Assistant