UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THEODORE R. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1585 (HHK) |
| | ) | |
| TIMOTHY COX, | ) | |
| CHIEF OPERATING OFFICER, | ) | |
| ARMED FORCES RETIREMENT | ) | |
| HOME-WASHINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CONSENT MOTION FOR STAY OF PROCEEDINGS

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et

seq. ("ADEA").  Plaintiff alleges that, on January 4, 2004, he was terminated from his position as

a resident employee security guard at the Armed Forces Retirement Home-Washington, after

being told in July or August of 2003 that the resident employee program would be abolished.

See Complaint ¶¶ 8-10.  On March 23, 2004, plaintiff filed a Complaint of Discrimination with

the Merit Systems Protection Board ("MSPB") alleging that his termination was based upon his

age.  On May 24, 2006, the Administrative Judge issued a decision finding no discrimination.

This decision became final on June 20, 2006.  On or about September 5, 2006, plaintiff filed an

appeal.  On September 18, 2006, the Board issued an Order to Show Cause ordering plaintiff to

file evidence establishing timeliness and jurisdiction.

On October 11, 2006, plaintiff filed a claim with the Department of Labor alleging that

the home violated his rights under the Veterans Employment Opportunities Act.  On October 16,

2006, the Department of Labor dismissed the claim as untimely.  On October 23, 2006, appellant

filed an appeal of the dismissal with the MSPB.  On October 27, 2006, the MSPB issued an

Order to Show Cause with respect to this claim.

The record of the MSPB closed for all matters on November 13, 2006.  It was anticipated

that the MSPB would have issued a decision shortly after that date.  However, the Administrative

Judge assigned to the matter scheduled a status conference for December 8, 2006.  On January

22, 2007, the Administrative Judge issued an Order and Notice of Hearing and Prehearing

Conference setting the matter for a hearing on March 21, 2007.  See Exhibit A (Jurisdiction

Findings; Order and Notice of Hearing and Prehearing Conference).  At that hearing, the

Administrative Judge will address plaintiff's "allegations of age discrimination" which are at

issue in the instant Complaint.  See id. at p. 1.  Because the Administrative Judge's decision at

that hearing will determine the nature of the defendants' response to plaintiff's Complaint,

defendants respectfully move for a stay of proceedings until April 20, 2007, thirty days after the

date of the MSPB hearing.

Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff *pro se* to ascertain

his position on this motion.[1]  Plaintiff *pro se* consents to this motion.  For these reasons, and to

ensure that the government has sufficient time to prepare the materials to carry its burden in this

case, defendants respectfully requests that this motion be granted.

An order granting the relief sought is attached hereto.

---

[1]Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing
counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it
has been the general practice of the United States Attorney's Office in this District to discuss such
motions with nonprisoner *pro se* parties.

Respectfully submitted,


 /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


 /s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2007, I caused the foregoing to be served

first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C.  20011-8400

/s/
MARIAN L. BORUM
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THEODORE R. WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-1585 (HHK)** |
| ) | |
| **TIMOTHY COX,** ) | |
| **CHIEF OPERATING OFFICER,** ) | |
| **ARMED FORCES RETIREMENT** ) | |
| **HOME-WASHINGTON, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>ORDER</u>

UPON CONSIDERATION of Defendants' Consent Motion for Stay of Proceedings, the

merits thereof, and for good cause shown, it is this _____ day of January, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including April 20, 2007 in

which to answer, move or otherwise respond to plaintiff's Complaint.

Date _____      _____
                                UNITED STATES DISTRICT JUDGE