**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THEODORE R. WILSON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 06-1585 (HHK)** |
| **TIMOTHY COX, CHIEF OPERATING OFFICER, ARMED FORCES RETIREMENT HOME-WASHINGTON, et al.,** | ) | |
| **Defendants.** | ) | |

**MOTION TO CONTINUE STAY OF PROCEEDINGS**

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA"). Plaintiff alleges that, on January 4, 2004, he was terminated from his position as a resident employee security guard at the Armed Forces Retirement Home-Washington, after being told in July or August of 2003 that the resident employee program would be abolished. See Complaint ¶¶ 8-10. On March 23, 2004, plaintiff filed a Complaint of Discrimination with the Merit Systems Protection Board ("MSPB") alleging that his termination was based upon his age. On May 24, 2006, the Administrative Judge issued a decision finding no discrimination. This decision became final on June 20, 2006. On or about September 5, 2006, plaintiff filed an appeal. On September 18, 2006, the Board issued an Order to Show Cause ordering plaintiff to file evidence establishing timeliness and jurisdiction.

On October 11, 2006, plaintiff filed a claim with the Department of Labor alleging that the home violated his rights under the Veterans Employment Opportunities Act. On October 16,

2006, the Department of Labor dismissed the claim as untimely. On October 23, 2006, appellant filed an appeal of the dismissal with the MSPB. On October 27, 2006, the MSPB issued an Order to Show Cause with respect to this claim.

The record of the MSPB closed for all matters on November 13, 2006. It was anticipated that the MSPB would have issued a decision shortly after that date. However, the Administrative Judge assigned to the matter scheduled a status conference for December 8, 2006. On January 22, 2007, the Administrative Judge issued an Order and Notice of Hearing and Prehearing Conference setting the matter for a hearing on March 21, 2007. See Docket Entry Number 8, Exhibit A (Jurisdiction Findings; Order and Notice of Hearing and Prehearing Conference).

Because the Administrative Judge's decision at that hearing would determine the nature of the defendants' response to plaintiff's Complaint, on January 25, 2007, defendants filed a consent Motion for a Stay of Proceedings until April 20, 2007, thirty (30) days after the date of the hearing. While the hearing was held on March 21, 2007, as of yet, no decision has been issued. Therefore, defendants respectfully move for a stay of proceedings for an additional thirty (30) days, until May 21, 2007, in which to answer, move or otherwise respond to plaintiff's Complaint.

Pursuant to Local Rule 7(m), on April 17, 2007, defendants' counsel attempted to contact plaintiff *pro se* to ascertain his position on this motion, but was unable to reach him.[1] Therefore, defendants' counsel left a message asking that plaintiff *pro se* return the call to provide his

[1]Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

position. On April 18, 2007, defendants' counsel again called plaintiff *pro se*. However, a recorded message indicated that plaintiff *pro se*'s telephone number had been temporarily disconnected.[2] Therefore, defendants' counsel has been unable to ascertain plaintiff *pro se*'s position on this motion.

For the above-mentioned reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully request that this motion be granted.

An order granting the relief sought is attached hereto.

[2]Defendants' counsel utilized the telephone number which is listed on page one of the Docket Report for this matter.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2007, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C. 20011-8400

/s/
MARIAN L. BORUM
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THEODORE R. WILSON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 06-1585 (HHK)** |
| **TIMOTHY COX, CHIEF OPERATING OFFICER, ARMED FORCES RETIREMENT HOME-WASHINGTON, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Continue Stay of Proceedings, the merits thereof, and for good cause shown, it is this ____ day of ____________, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including May 21, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.

Date ____________________

____________________________________
UNITED STATES DISTRICT JUDGE