## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE R. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 06-1585 (HHK) |
| | ) |
| TIMOTHY COX, | ) |
| CHIEF OPERATING OFFICER, | ) |
| ARMED FORCES RETIREMENT | ) |
| HOME-WASHINGTON, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO CONTINUE STAY OF PROCEEDINGS

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et

seq. ("ADEA").  Plaintiff alleges that, on January 4, 2004, he was terminated from his position as

a resident employee security guard at the Armed Forces Retirement Home-Washington, after

being told in July or August of 2003 that the resident employee program would be abolished.

See Complaint ¶¶ 8-10.  On March 23, 2004, plaintiff filed a Complaint of Discrimination with

the Merit Systems Protection Board (the "Board") alleging that his termination was based upon

his age.  On May 24, 2006, the Administrative Judge issued a decision finding no discrimination.

This decision became final on June 20, 2006.  On or about September 5, 2006, plaintiff filed an

appeal.  On September 18, 2006, the Board issued an Order to Show Cause ordering plaintiff to

file evidence establishing timeliness and jurisdiction.

On October 11, 2006, plaintiff filed a claim with the Department of Labor alleging that

the home violated his rights under the Veterans Employment Opportunities Act.  On October 16,

2006, the Department of Labor dismissed the claim as untimely. On October 23, 2006, appellant filed an appeal of the dismissal with the MSPB. On October 27, 2006, the MSPB issued an Order to Show Cause with respect to this claim.

On January 22, 2007, the Administrative Judge issued an Order and Notice of Hearing and Prehearing Conference setting the matter for a hearing on March 21, 2007. See Docket Entry Number 8, Exhibit A (Jurisdiction Findings; Order and Notice of Hearing and Prehearing Conference). Because the nature of that hearing would determine the nature of defendants' response to plaintiff's Complaint, defendants moved for a stay of the proceedings in the instant matter until a decision of the Administrative Judge was issued. The hearing was held on or about March 16, 2007. However, agency counsel did not receive a copy of the Administrative Judge's decision until today.[1] Therefore, defendants request an additional thirty (30) days in which to respond to plaintiff's Complaint. Because the Administrative Judge found, *inter alia*, that plaintiff failed to establish a *prima facie* case of age discrimination, and that plaintiff failed to exhaust his administrative remedies at the Department of Labor, defendants' response will be in the form of a dispositive motion.

Pursuant to Local Rule 7(m), defendants' counsel attempted to contact plaintiff *pro se* to ascertain his position on this motion, but was unable to reach him.[2] Therefore, defendants' counsel left a message asking that plaintiff *pro se* return the call to provide his position. As of

_____

[1]Undersigned counsel attempted to speak with agency counsel about the status of the MSPB decision on May 16, 2007. However, agency counsel was in training out of the office.

[2]Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

the time of the filing of this motion, defendants' counsel had not received a response from plaintiff *pro se*.

      For the above-mentioned reasons, and to ensure that the government has sufficient time to prepare the materials to possibly dispose of this case, defendants respectfully request that this motion be granted.

      An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of May, 2007, I caused the foregoing to be served

first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C.  20011-8400


_/s/_____
MARIAN L. BORUM
Assistant United States Attorney

5

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THEODORE R. WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1585 (HHK)** |
| ) | |
| **TIMOTHY COX,** ) | |
| **CHIEF OPERATING OFFICER,** ) | |
| **ARMED FORCES RETIREMENT** ) | |
| **HOME-WASHINGTON, <u>et al.</u>,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

UPON CONSIDERATION of Defendants' Motion to Continue Stay of Proceedings, the

merits thereof, and for good cause shown, it is this _____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including June 20, 2007 in

which to answer, move or otherwise respond to plaintiff's Complaint.

Date _____         _____

                                   UNITED STATES DISTRICT JUDGE