## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THEODORE R. WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1585 (HHK)** |
| | ) | |
| **TIMOTHY COX,** | ) | |
| **CHIEF OPERATING OFFICER,** | ) | |
| **ARMED FORCES RETIREMENT** | ) | |
| **HOME-WASHINGTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CONSENT MOTION TO CONTINUE STAY OF PROCEEDINGS

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA"). Plaintiff alleges that, on January 4, 2004, he was terminated from his position as a resident employee security guard at the Armed Forces Retirement Home-Washington, after being told in July or August of 2003 that the resident employee program would be abolished. See Complaint ¶¶ 8-10. On March 23, 2004, plaintiff filed a Complaint of Discrimination with the Merit Systems Protection Board ("MSPB") alleging that his termination was based upon his age. On May 24, 2006, the Administrative Judge issued a decision finding no discrimination. This decision became final on June 20, 2006. On or about September 5, 2006, plaintiff filed an appeal. On September 18, 2006, the MSPB issued an Order to Show Cause ordering plaintiff to file evidence establishing timeliness and jurisdiction.

On October 11, 2006, plaintiff filed a claim with the Department of Labor alleging that the home violated his rights under the Veterans Employment Opportunities Act. On October 16,

2006, the Department of Labor dismissed the claim as untimely.  On October 23, 2006, appellant filed an appeal of the dismissal with the MSPB.  On October 27, 2006, the MSPB issued an Order to Show Cause with respect to this claim.

On January 22, 2007, the Administrative Judge issued an Order and Notice of Hearing and Prehearing Conference setting the matter for a hearing on March 21, 2007.  See Docket Entry Number 8, Exhibit A (Jurisdiction Findings; Order and Notice of Hearing and Prehearing Conference).   After the hearing, the Administrative Judge found, *inter alia*, that plaintiff failed to establish a *prima facie* case of age discrimination, and that plaintiff failed to exhaust his administrative remedies at the Department of Labor.  On June 7, 2007, plaintiff filed an appeal with the Merit Systems Protection Board.  See Appellant's Petition for Review, attached hereto as Exhibit A.  Defendants responded to that appeal on July 2, 2007.  See 5 C.F.R. § 1201.114. The parties are awaiting the decision of the MSPB.  Because the outcome of the appeal will affect the nature of defendants' response to plaintiff's Complaint, defendants are moving to continue the stay of these proceedings for an additional sixty (60) days, to October 19, 2007.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiff *pro se* to ascertain his position on this motion.  Plaintiff *pro se* consents to this motion.

For the above-mentioned reasons, and to ensure that the government has sufficient time to prepare the materials to possibly dispose of this case, defendants respectfully request that this motion be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of August, 2007, I caused the foregoing to be served

first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C.  20011-8400


 /s/
MARIAN L. BORUM
Assistant United States Attorney

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THEODORE R. WILSON,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**TIMOTHY COX,** )<br>**CHIEF OPERATING OFFICER,** )<br>**ARMED FORCES RETIREMENT** )<br>**HOME-WASHINGTON, et al.,** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 06-1585 (HHK)** |

## <u>ORDER</u>

UPON CONSIDERATION of Defendants' Consent Motion to Continue Stay of

Proceedings, the merits thereof, and for good cause shown, it is this ____ day of _____,

2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including October 19, 2007 in

which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____                    _____
                                             UNITED STATES DISTRICT JUDGE