# Theodore R. Wilson

## v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home –Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit B

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WILSON THEODORE R | | | 05-21-01 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 101 | CAREER-COND APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZBA | P.L. 106-117, SEC. 511 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SECURITY GUARD  03946 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | | 01 | | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | U.S. SOLDIERS' & AIRMEN'S HOME<br>RESIDENT SERVICES DIRECTORATE<br>SECURITY & INVESTIGATIONS DIV<br>WASHINGTON, D.C. 20317 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2  0-None  2-Conditional  1-Permanent  3-Indefinite | | X YES  NO |
| 27. FEGLI | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| C0  BASIC ONLY | 9  NOT APPLICABLE | | 6 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| K  FERS AND FICA | 05-21-01 | F  FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | 11111111  111111 | 0015 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 11-0010-001 | WASHINGTON  DISTRICT OF COLUMBIA  DC | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| ORG CODE: 10600 | | | | |

45. Remarks

APPOINTMENT IS SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY PERIOD
BEGINNING 05-21-01.
SERVICE COUNTING TOWARD CAREER TENURE FROM 05-21-01.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
SPECIAL RATE UNDER 5 U.S.C. 5305.
FROZEN SERVICE: 00 YEARS, 00 MONTHS.
APPOINTMENT AFFIDAVIT EXECUTED 05-21-01.
CREDITABLE MILITARY SERVICE: 00 YEARS 00 MONTHS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
POSITION IS AT THE FULL PERFORMANCE LEVEL.

| 47. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| ARMED FORCES RETIREMENT HOME | *[signature]* |
| Agency Code | 48. Personnel Office ID | 49. Approval Date | BROCK FOWLER |
| RH02 | 1369 | 05-29-01 | DIRECTOR OF CIVILIAN PERSONNEL |

Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238