# Theodore R. Wilson

## v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home -Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit F

ARMED FORCES RETIREMENT HOME-WASHINGTON
3700 North Capitol Street, N.W.
Washington, D.C. 20317

November 4, 3003

Mr. Theodore R. Wilson,

Armed Forces Retirement Home – Washington

Washington, DC

Dear Mr. Wilson,

The Resident Services Directorate is undergoing some changes at this time. Unfortunately these changes will affect you.

As a result of the recent reorganization, your position as Security Guard will be abolished effective Sunday, January 4, 2004. With this in mind, your last day of employment will be Sunday, January 4, 2004.

I regret that this decision has to be made at this time, but is necessary. Your continued dedicated service would be greatly appreciated throughout these last few months.

William C. Waninger
Chief, Security & Investigations Division
Resident Services


I acknowledge receipt of original of this letter.

_____          4 Nov 03
EMPLOYEE SIGNATURE                        DATE