# Theodore R. Wilson

## v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home -Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit H

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WILSON, THEODORE R. | | | 12-01-2002 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 570 | Conv to Exc Appt |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| XZM | Sch A, 213.3136(b) |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SECURITY GUARD<br>03946 - 1228 | SECURITY GUARD<br>03578 - 1207 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0085 | 05 | 02 | | PA | AD | 0085 | | | | PH |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | $0 | | $0 | | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| ARMED FORCES RETIREMENT HOME-WASHINGTO<br>RESIDENT SERVICES DIRECTORATE<br>SECURITY & INVESTIGATIONS DIV<br>WASHINGTON, D. C. 20317 | ARMED FORCES RETIREMENT HOME-WASHINGTO<br>RESIDENT SERVICES DIRECTORATE<br>SECURITY & INVESTIGATIONS DIV<br>WASHINGTON, D. C. 20317 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 3 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 Ineligible | 9 Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 2 FICA | 01-26-2000 | F Full-Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | D | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| Org Cd: | 10600 | | | |

**45. Remarks**

Previously employed at GS-0085-05, STEP 02.

SELECTED FROM CERT 02-26 DATED 111-25-02.

INELIGIBLE FOR HEALTH BENEFITS.

POSITION IS AT THE FULL PERFORMANCE LEVEL.

| Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Armed Forces Retirement Home Washington (RH02) | Sherba J. Essex<br>BROCK TOWNER<br>CHIEF OF HUMAN RESOURCES |

| Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| RH02 | 1369 | 12-06-2002 |

Part 50-316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Theodore R. Wilson
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
AFRH-Washington Box 128
3700 North Capitol St NW
Washington, D.C. 20317

3 Dec. 02

Office of Personnel Services
3700 North Capitol St NW
Washington, D.C. 20317

RE:

1. On 30 Nov. 02, I resigned my status as a Civil Service employee. On 1 Dec 02, I became both a Home Resident and a Home Employee. Consequently I am ineligible for Civil Service Retirement according to the information which has been provided to me.

2. Request to withdraw all funds that I have invested into the Civil Service Retirement system.

Theodore R. Wilson
Theodore R. Wilson
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

2