# Theodore R. Wilson

# v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home -Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit I

Form No. TDF 62-03.5
(01/03 Edition)

**INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION WITH THE DEPARTMENT OF THE TREASURY**

FOR OFFICE USE ONLY

DEPARTMENT CASE NUMBER

FILING DATE: 06/07/2004

## Part I Complainant Identification

1. Name (Last, First, Middle Initial): Wilson, Theodore R.
2. Telephone/Fax (Include Area Code):
   Home: [redacted]
   Work: N/a    Fax:
3. Present Home Address (You must notify the Department of any changes of address while complaint is pending, or your complaint may be dismissed):
   Street Address: [redacted]
   City: [redacted]  State: [redacted]  Zip Code: [redacted]
4. If you are a current or former employee of the Federal government, list your most recent title, series, and grade.
   Title: Security Guard   Series: 0378-1267   Grade: 10

5. Name and Address of Organization Where You Work (if a Treasury Employee):
   Bureau: Armed Forces Retirement Home - Washington
   Business Unit: Security and Investigations Division
   A-Shift
   Office and Organizational Component:
   Street Address: 3700 North Capitol St. NW
   City: Washington  State: DC  Zip Code: 20011-

6. Employment Status in Relation to this Complaint:
   ☐ Applicant   ☐ Probationary   ☒ Career/Career Conditional
   ☒ Former Employee   Date Left Treasury Employment: 01/03/04
   ☐ Retired   Date of Retirement: / /
   ☐ Other   Specify:

7. I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

Signature of Complainant or Attorney Representative: Theodore R. Wilson
Date: 05/28/2004

## Part II Designation of Representative

8. You may represent yourself in this complaint or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, but you must notify the Department immediately in writing of any change, and you must include the same information requested in this Part.

"I hereby designate _____ (Please Print Name) to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."

9. Representative's Mailing Address
   Firm/Organization
   Street Address
   City    State    Zip Code

10. Representative's Employer (If Federal Agency)

11. Representative's Telephone/Fax (Include Area Code)
    Telephone    Fax

12. Complainant's Signature    Date: / /

## Part III Alleged Discriminatory Actions

**13. Name and Address of Treasury Bureau that took the action at issue (if different than Item 5.)**

Bureau: _____ Office and Organizational Component: _____
Street Address: _____
City _____ State _____ Zip Code _____

**14. If your complaint involves nonselection for a position, please complete the following:**

Position Title _____ Series _____ Grade _____
Vacancy Announcement Number _____ Date Learned of Nonselection _____

**15.** (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date when the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices; (D) Indicate what harm, if any, came to you in your work situation as a result of this action. (You may but are not required to attach extra sheets.) (E) If the basis of your complaint is your parental status, sexual orientation, or protected genetic information, use this form, but your complaint is not statutorily based and will follow a separate, parallel process.

*As of this date, 28 May 04, I have not been invited to AR[?] Personnel Office for any kind of termination briefing regarding my rights or options, if any. Nor has anyone explained (over)*

**16. Mark below ONLY the bases you believe were relied on to take the actions described in #15.**

- ☐ Age (Date of Birth) _____
- ☐ Race (State Race) _____
- ☐ Color (State Color) _____
- ☐ Religion (State Religion) _____
- ☐ Sex (Specify) _____
- ☐ National Origin (Specify) _____
- ☐ Physical or Mental Disability (Describe) _____
- ☐ Retaliation/Reprisal (Dates of Prior EEO Activity) _____
- ☐ Sexual Orientation
- ☐ Parental Status
- ☐ Protected Genetic Information

**17. What remedial or corrective action are you seeking to resolve this matter?**

*1. Get my job back. 2. Pay for [all] time lost. 3. Access 4 Penalty.*

**18. If you wish to amend your complaint (or provide additional evidence), indicate the complaint case number of that complaint.**

## Part IV Contact

EEO Counseling is not required if you are amending an existing open complaint. Complete items 19, 20, and 25 even if you did not contact a counselor.

**19. When did the most recent discriminatory event occur?** Month _____ Day _____ Year _____

**20. When did you first become aware of the alleged discrimination?** Month _____ Day _____ Year _____

**21. When did you contact an EEO counselor?** Month _____ Day _____ Year _____

**22. Did you discuss all actions raised in Item 15 with an EEO counselor?** ☐ YES ☐ NO (If no, explain on attached sheet)

**23. Name and telephone number of EEO counselor.** Name _____ Telephone No. _____

**24. When did you receive your "Notice of Right to File"?** Month _____ Day _____ Year _____

**25. On this same matter, have you filed a grievance or appeal under:**
- Negotiated grievance procedure ☐ YES ☐ NO
- Agency grievance procedure ☐ YES ☐ NO
- MSPB appeal procedure ☐ YES ☐ NO

If you filed a grievance or appeal, provide date filed, case number, and present status.

MAY 28 2004    P. 09    54

Item #15 (Continued)
why it is that the REORGANIZATION "included me out."

2) ON 3 NOV. 03, I WAS ASKED to SIGN A letter by Chief William WANINGER. The letter stated that I would be terminated on 4 JAN 04 because of A REORGANIZATION.

3) ON 3 JAN. 04, I WAS told by Sgt. Kevin McCombs, Acting Chief, NOT to RETURN to WORK AFTER 3 JAN. 04.

4) About 3 months PRIOR to 3 NOV. 03, I WAS informed by my supervisor, Sgt. WARREN BROWN, that I would be dismissed from my Job but would be elligible to continue working at that same Job in a "stipend" position. A stipend position pays $120.00 A month for the first 12 hours of WORK but all other WORK is donated. Note: One stipend worker stated to me that he had worked 120 hours in JANUARY 2004 and 107 hours in February 2004.

5) The COO of AFRH-W, Mr. Timothy Cox, who directed my dismissal has commented publicly (I heard him myself) Words to the effect of, "you didn't come here to WORK, you came here to retire."

6) Ms. Patty Adams, EEO Counselor, states that Mr. Cox told her that my position was abolished. Not so! As far as I can see, I was abolished, the position is still there. Three people have been hired who wear the same uniform that I wore and have the same responsibilities that I had except for general modifications.

55