# Theodore R. Wilson

## v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home -Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit L

**U.S. Department of Labor**   Office of the Assistant Secretary
Veterans Employment and Training Service (VETS)
64 New York Avenue, N.E. Room # 3156
Washington, DC 20002
(202) 671-2179
(202) 671-1503 (FAX)



October 16, 2006

Certified Mail-Return Receipt
7003 0500 0001 6971 5455

Mr. Theodore R. Wilson

**RE:   DC-2007-001-VPR
Armed Forces Retirement Home (AFRH)**

Dear Mr. Wilson:

This is to advise you that the Department of Labor is closing our investigation of your complaint, relating to Veterans' Preference that was filed with this agency on <u>October 11, 2006</u>. Your claim was not filed in a timely manner in accordance with 5 U.S.C., Section 3330(a)(2)(A), as it relates to your Security position, at the AFRH.

In your complaint, you stated that you were terminated in January 2004. Based on information you provided, we determined that your complaint did not fall within the eligibility time-frame, of Public Law 105-339, the Veterans' Employment Opportunities Act of 1998 (VEOA). Public Law 105-339, Section 3330a (a)(2)(A) states that "a complaint under this subsection must be filed within **60 Days** after the date of the alleged violation". Your complaint was filed with this office on October 11, 2006, which is beyond the 60 Day time- limit. Therefore, we found your complaint not eligible.

<u>RIGHT TO APPEAL</u>

Section 3330a(d) of Title 5 U.S.C. provides that you may appeal your case to the U.S. Merit Systems Protection Board (MSPB). **Should you elect to appeal to the MSPB, you have <u>fifteen days</u> (15) from receipt of this letter to do so.** Your appeal should be sent to:

U.S. Merit Systems Protection Board
Washington DC Regional Office
1800 Diagonal Road, Suite 205
Alexandria, VA 22314-2840
Office (703) 756-6250   FAX (703) 756-7112
washingtonregion@mspb.gov

A copy of the MSPB Appeal Form is enclosed for your convenience. If you have questions concerning the appeal process, you may call the MSPB at 1-800-209-8960. The MSPB also has an Internet site, "Questions and Answers About Appeals" at http://www.mspb.gov/foia/forms-pubs/qaappeal.html. If you prefer, you may file your MSPB appeal electronically at http://www.mspb.gov/e-appeal.html.

Sincerely,

Stanley K. Williams
Director of Veterans'
Employment & Training Services

**Enclosures:  MSPB Appeal Form**

**THIS IS AN IMPORTANT RECORD SAFEGUARD IT**

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH |
|---|---|---|---|
| WILSON, THEODORE ROOSEVELT | M | | YEAR / MONTH / DAY |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | 6b. PAY GRADE | 7. DATE OF RANK |
|---|---|---|---|
| ARMY-RA | SFC | E-7 | |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE |
|---|---|---|
| NA | NA | |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Retirement | Aberdeen Proving Ground, MD |

| c. EFFECTIVE DATE | YEAR | MONTH | DAY |
|---|---|---|---|
| | 74 | 06 | 30 |

| 10. CHARACTER OF SERVICE | d. TYPE OF CERTIFICATE ISSUED |
|---|---|
| HONORABLE | DD Form 363A |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| USAAPG, APG, MD  AMC | RCPAC 9700 Page Blvd, St Louis, MO 63132  USAR CON GP (RETIRED) |

| 13. TERMINAL DATE OF RESERVE/MSS OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD |
|---|---|---|
| YEAR MONTH DAY / NA | Fuchu, Japan APO SF 96343 | YEAR 71 / MONTH 07 / DAY 22 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 95B40 65/07/22 Military Policeman MOS ES - 133/7308 | Policeman 375. | (a) NET ACTIVE SERVICE THIS PERIOD | 2 | 11 | 9 |
| | | (b) PRIOR ACTIVE SERVICE | 20 | 7 | 0 |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a+b) | 23 | 6 | 9 |
| 54B40 68/12/20 Decontamination Spec | Decontamination Man 199.885 | (d) PRIOR INACTIVE SERVICE | 0 | 0 | 0 |
| | | (e) TOTAL SERVICE FOR PAY (c+d) | 23 | 6 | 9 |
| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 1 | 2 | 16 |

YES / NO  28Jan66 to 23May67

| 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) |
|---|
| SECONDARY/HIGH SCHOOL  7 YRS (1-12 grades)  COLLEGE  1 YRS |

| 21. DAYS LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION |
|---|---|---|---|---|
| None | 49 days | [X] $15,000 [ ] $5,000 [ ] $10,000 [ ] NONE | [ ] NO [ ] YES  AMOUNT  DNA | a. TYPE BI / b. DATE COMPLETED 68-11-26 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

Good Conduct Medal (1st-4th Awards-Air Force); National Defense Service Medal (1st OLC); Vietnam Service Medal; Republic of Vietnam Campaign Medal with 60 Device; Meritorious Service Medal; Good Conduct Medal (1st & 2d Awards); Army Commendation Medal

27. REMARKS

Last overseas service: Japan

Retirement after 20 but less than 30 years' active federal service

| 28. MAILING ADDRESS AFTER SEPARATION | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| | *Theodore R. Wilson* |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| ANDREW E ADAMS  2LT, AGC  Asst Adjutant | *Andrew E. Adams* |

DD FORM 214  1 NOV 72   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.   THIS IS AN IMPORTANT RECORD SAFEGUARD IT.   REPORT OF SEPARATION FROM ACTIVE DUTY

2.