UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THEODORE R. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1585 (HHK) |
| | ) | |
| TIMOTHY COX, | ) | |
| CHIEF OPERATING OFFICER, | ) | |
| ARMED FORCES RETIREMENT | ) | |
| HOME-WASHINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2) and for good cause shown, hereby respectfully move for an enlargement of time of fifty (50) days, up to and including January 15, 2008, in which to answer, move or otherwise respond to Plaintiff *pro se*'s Amended Complaint. Computing the time from the Certificate of Service on Plaintiff *pro se's* Amended Complaint, Defendants' response was due on November 26, 2007.[1] As grounds for this motion Defendants state as follows:

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA"). Plaintiff *pro se* alleges that, on January 4, 2004, he was terminated from his position as a resident employee security guard at the Armed Forces Retirement Home-Washington, after being told in July or August of 2003 that the resident employee program would

---

[1]At the same time Plaintiff pro se filed its Amended Complaint, he also filed a Response to Defendant's Motion to Dismiss. The reply would be due on November 29, 2007.

be abolished.  See Complaint ¶¶ 8-10.  On October 19, 2007, Defendant filed a motion to dismiss

the matter.  See Docket Entry No. 13.  In response, Plaintiff *pro se* mailed to the office of the

undersigned attorney a "Request to Amend Complaint" as well as "Plaintiff's Response to

Defendant's Motion to Dismiss."  The Certificates of Service on both documents indicates that

they were mailed on November 13, 2007.  However, the documents were not received in the

Department of Justice Mailroom until November 21, 2007.  Undersigned counsel did not receive

the documents until November 27, 2007.[2]  This was after the response to the Amended

Complaint was due.[3]

Upon receipt of the Amended Complaint and Response to Defendant's Motion to

Dismiss, undersigned counsel contacted agency counsel who indicated that she will be on

scheduled leave from November 30 through December 9, 2007.  Undersigned counsel plans to be

out of the office from December 21, 2007 through January 7, 2008.  In light of the schedules of

counsel, defendants respectfully request an enlargement of time of fifty (50) days in order to

answer, move or otherwise respond to the Amended Complaint.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiff *pro se* to ascertain

his position on this motion.[4]  As of the time of the filing of this motion, defendants' counsel had

---

[2]As of the time of the filing of this motion, Plaintiff's filings had not been entered into the District Court's Electronic Filing System.

[3]A reply to "Plaintiff's Response to Defendant's Motion to Dismiss" would be due on November 29, 2007.

[4]Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

not received a response.  For these reasons, and to ensure that the government has sufficient time

to prepare the necessary response, defendants respectfully request that the enlargement of time to

answer, move or otherwise respond to the Amended Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2007, I caused the foregoing to be

served first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C.  20011-8400


　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　　 MARIAN L. BORUM
　　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THEODORE R. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-1585 (HHK) |
| | ) |
| TIMOTHY COX, | ) |
| CHIEF OPERATING OFFICER, | ) |
| ARMED FORCES RETIREMENT | ) |
| HOME-WASHINGTON, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Defendants' Consent Motion for Enlargement of Time, the

merits thereof, and for good cause shown, it is this _____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including January 15, 2008 in

which to answer, move or otherwise respond to plaintiff's Amended Complaint.


Date _____            _____
                                       UNITED STATES DISTRICT JUDGE