UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
WASHINGTON REGIONAL OFFICE

| | |
|---|---|
| THEODORE R. WILSON, <br> Appellant, | Docket Number <br> DC-0752-06-0831-I-1 |
| v. | |
| ARMED FORCES RETIREMENT HOME, <br> Agency, | September 25, 2006 |

### AFFIDAVIT OF GEORGE I. LAUSUND

Pursuant to 28 U.S.C. 1746, I do hereby declare or certify under the laws of perjury of the laws of the United States of America that the following is true and correct.

They told me they were going to abolish my position due to the relocation of the Guest House. I was discharged on September 13, 2003, but they didn't abolish the position when the Guest House was moved to the Scott Building.

During the last few weeks, I and Mr. James Harris trained the new GS-5 to take over our jobs. The COO, Mr. Cox, changed the old plan so that no members of the Home would be employed.

I could volunteer for the same job, for a stipend of $120.00 the month. I do not feel that this is a fair program at all.

I got two letters from Laura Fogarty, Chief of Recreational Services. But no one from the personnel talked to me about anything when I was discharged.


Exhibit 2.

1

I have never heard of the Merit Systems Protection Board that Mr. Wilson asked me about.

I declare or certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2006.

*George Lausund*

GEORGE I. LAUSUND
3700 North Capitol St. NW
Washington, D. C. 20011-8400
Tel. (202) 829-1234

2