*This was written no later than 2000 by my predessesor. I've not found a signed or dated version.*

## INFORMATION PAPER

### Resident Employment, USSAH

1. <u>Background</u>: Questions regarding the pay, benefits, and actual status of resident positions as Federal employment can be traced through documents as early as 1948 when all Soldiers' Home positions first came under Civil Service Law and employment. Title V, United States Code, Section 5102 and 5342 specifically excludes certain groups of employees from coverage under the GS and WG classification and pay laws. Among those excluded are: "inmates, patients, or beneficiaries receiving care or treatment or living in Government agencies or institutions. Those excluded may have their pay set by administrative determination. In the early years, the residents were paid "extra-duty" pay which appears to be the equivalent to the stipend terminology used today at the Navy Home. Various IG findings and civil service rulings based on complaints from residents resulted in the development of a structured pay system. This system has evolved since the late 1950s. Over a twenty year period, the system was changed at least twice: 1) a structure based on minimum wage; and 2) a structure based on one-half of civilian pay in like positions with grade determinations made by civil service classification standards. The General Schedule and Wage Grade equivalent pay was made without regard to minimum wage. The Amendments to the Fair Labor Standards Act of 1974 brought Federal government employees under minimum wage and overtime laws. It was not until 1983, after various challenges and legal opinions, that the Board of Commissioners approved a pay structure which would insure that resident employees would be paid, as a minimum, Federal minimum wage rates. A fifteen-grade schedule was developed which has not changed substantially over the last seventeen years except for annual increases based on those approved by the President and Congress for civilians. (A current pay schedule is attached at Tab A). The last review of the status of positions for the residents came in 1989 when the Office of Personnel Management approved a plan to convert civilian positions of the USSAH to competitive service. A new excepted service appointment authority was granted for resident-employees at that time and is still used today.

2. Resident Employment System policy and procedure is outlined in a USSAH Directive 1-21 and USSAH Directive 1-43 (attached Tab B). The basic concepts of the system provide for a position description for each position, advertising for vacant positions, referral to appropriate supervisors, selection and appointment. The following authorities apply:

   a. 5 USC, Section 5102(c)(17): Excludes residents of government facilities from the Classification Act).

*Exhibit 4.*

b. OPM Ltr, dated March 24, 1989, granting Excepted Appointment authority 213.3136(b).

(In addition the Resident Employment Directive cites various authorities that exclude resident-employees from coverage under most Federal Employee Benefit Programs.)

3. During the seventies, the USSAH employed approximately 250 residents in positions such as guard, custodial worker, food service worker, floor manager, night administrative manager, and various administrative positions. Many of these jobs have been replaced by civilians at a higher cost for salary and benefits. As the age of the residents has risen and the population diminished since the passage of the AFRH Act, the number of residents employed has been greatly reduced. We currently have only 54 residents employed. The majority of these employees are employed on a full-time basis in positions which would be filled by full-time civilians if residents were not available. The average salary rate for residents is $10.24 ph. Agency matches for benefits are limited to social security at 7.65% of salary. As an comparison, we pay resident guards at the step 5 rate $22,547 pa (top step of the schedule) and civilian guards at the top step $29,914 pa. Agency matches for benefits for civilians averages 15%. Based on pay period costs for resident employees for the period ending January 29, 2000, the annual salary and benefits paid to residents is approximately 1.47 million dollars. To replace them with outside civilian employees would cost an additional $500K per annum.

4. If further information is needed regarding the history of this program, please contact the undersigned.


JOAN R. ESCH
Personnel Officer

Atch: Tab A - Resident Employee Pay Schedule
       Tab B - Resident Employment and Resident Premium Pay Directives

2