## EEO POLICY STATEMENT

[The Company] is an Equal Employment Opportunity employer. [illegible] committed to the principle of equal opportunity for all employees [illegible]. Discrimination based on race, color, religion, gender, age, national origin, sexual orientation, or disability violates the law as well as this policy.

[The Company] is proud of our workforce and its diversity of our employees [illegible] representation of all races, genders, ethnic groups, religions, ages, and [illegible] disabilities. We expect each Team Director, Division Chief, Supervisor [illegible] to reflect the importance of affirmative employment principles in our employment [illegible] including recruitment, hiring, promotions, training and [illegible] helping employees balance work/family needs, providing appropriate [illegible] and support systems for individuals with disabilities also contribute [illegible] model workplace.

Racial, ethnic and sexual harassment are prohibited personnel practices [illegible] not conducive to the development of a healthy work force, and therefore will not be tolerated. Complaints will be processed in accordance with the laws and [illegible].

We each share a common personal responsibility in this effort, and strive to build and maintain a model workforce.

TIMOTHY COX
Chief Operating Officer