UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE R. WILSON                               Civil Action No. 06-1585 (HHK)
3700 North Capitol St. NW, #128
Washington, D. C. 20011-8400
      Plaintiff,

v.

TIMOTHY COX
Chief Operating Officer
Armed Forces Retirement Home-Washington
3700 North Capitol St. NW
Washington, D. C. 20011-8400

    and
The United States of America
555 Fourth St. NW
Washington, D. C. 20001
      Defendant.

## PLAINTIFF'S LIST OF EVIDENCE

### WITNESSES

1. The Plaintiff will request to call the following witnesses when this case goes to trial.

- Timothy Cox, 3700 North Capitol St., Washington, D. C. 20011-8400

- Brock Fowler (Address unknown, former employee, AFRH-W)

- James McManus, 3700 North Capitol St. NW, Washington, D. C. 20011-8400

- William Waninger (Address Unknown, former employee, AFRH-W)

### DOCUMENTS

2. The Plaintiff will present the following documents, some of which are already provided. Others will be requested from the Defendant during discovery.

- One letter from AFRH-W personnel officer Joan I Esch to OPM, March 24, 1989.

- One page of the AFRH-W brochure that was provide to potential residents of AFRH-W circa November 2002 (or the entire brochure if necessary).

- AFRH-W EEO policy, January 8, 2003, signed by Col. Arnold Smith.

- AFRH-W EEO policy, May 30, 2003, signed by Mr. Timothy Cox.

- AFRH-W EEO policy, April 16, 2004, signed by Capt. Gerald Ulmer.

- AFRH-W EEO policy, May 19, 2005, Signed by Mr. Timothy Cox.

- Plaintiff will refer to several titles of United States Codes.

### PLAINTIFF'S MISSTATED ISSUE, CORRECTION PROVIDED

3. Plaintiff's request to amend, November 13, 2007, stated in paragraph 25 that the Agency had failed to present its authority to employ AFRH-W residents in an excepted service status. After being introduced to "google" on the internet, the Plaintiff has seen that this authority had been granted by OPM. The Plaintiff regrets the mistake.

### DAMAGES TO PLAINTIFF

4. Plaintiff has lost four years of income which was approximately $27,232.00 annually when the Plaintiff was fired on January 3, 2004.

- With 3 % annual raises, Plaintiff's annual pay would have been:

-----2004        $28,040.00

-----2005        $28,890.00

-----2006        $29, 757.00

-----2007        $30,650.00

Total        $117,337.00

- If this case is decided for the Plaintiff, Plaintiff respectfully requests that the Agency pay the appropriate amount into his Social Security account for those four years.

- Plaintiff would have accrued 72 days leave and earned 40 days holiday pay as of January 3, 2008.   Pay for these items = $11,011.84

    > U.S.C. Title 5, 5596.  Back pay due to unjustified personnel action.
    > …(b)(1) An employee of an Agency who…is found by appropriate authority under applicable law, rule, regulation or collective bargaining agreement, to have been affected by an unjustified or unwarranted personnel action…is entitled, on correction of the personnel action, to receive for the period for which the personnel action was in effect:
    >
    > (A) An amount equal to or any part of the pay, allowance, or differential as applicable which the employee normally would have earned or received …less any amount earned…during the period.
    >
    > (B) For all purposes, is deemed to have performed service for the agency during that period, except that….

- Plaintiff has suffered severe mental stress during the four years of this process and continues to suffer to this date. Plaintiff's addressed this matter throughout the process.

5. Plaintiff's respectfully requests that his stated **Prayer for Relief** be applied pursuant to 5 U.S.C. 5596 and as previously requested.

*Theodore R. Wilson*
Theodore R. Wilson
Plaintiff/Pro se Representative

## Certificate of Service

This is to certify that on this date, December 4, 2008, I caused the foregoing document to be delivered to the officials identified as indicated.

*U.S. Mail*
~~Hand-Delivered~~

United States District Judge
The Clerk of the Court
(for)
The Honorable Henry H. Kennedy
333 Constitution Ave.
Washington, D. C. 20001

*U.S. Mail*
~~Hand-Delivered~~

Assistant United States Attorney
Ms. Marian Borum
555 Fourth Street, NW, Civil Division
Washington, D. C. 20530

December 4, 2008

Theodore R. Wilson
Plaintiff/Pro se Representative