UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE R. WILSON                                Civil Action No. 06-1585 (HHK)
3700 North Capitol St. NW #128
Washington, D. C. 20011-8400
Phone: (202) 291-5968
          Plaintiff,

    v.

TIMOTHY COX                                       DATE: January 4, 2008
Chief Operating Officer
Armed Forces Retirement Home-Washington
3700 North Capitol St. NW
Washington, D. C. 20011-8400

    and

The United States of America
444 4th Street, NW
Washington, D. C. 20001

<u>Affidavit of Theodore R. Wilson</u>

    Pursuant to 28 U.S.C. 1746, I do hereby declare and certify under penalty of perjury of the laws of the United States of America that the following is true and correct.

    I, Theodore R. Wilson, was a civil service employee at Armed Forces Retirement Home-Washington (AFRH-W) from May 2001 through November 2002. On or about December 1, 2002, I changed my residence from an off campus address to AFRH-W. My decision to move to AFRH-W was based on the assurances that I would be able to retain my AFRH-W full time job at AFRH-W. This assurance came through verbal communication with AFRH-W officials, the fact that numerous residents of AFRH-W were working full-time jobs at AFRH-W, a statement in a brochure provided to me as a potential resident and my knowledge that the AFRH-W had a 150-year tradition of residents being employed.

*Plaintiff Exhibit 8*

1

About eight months after moving to AFRH-W, I was notified that, as a resident, I would be removed from employment in my then current status but could come back to work in the same department as a stipend employee. On November 4, 2003, I was required to sign a letter stating that my last day of work would be January 4, 2004.

On January 3, 2004, I was directed not to return to work the following day nor any day thereafter. I complied. However, I intended to protest my firing at my earliest convenience. Unaware of any imminent deadlines, I had no known reason to rush my actions.

I declare or certify under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2008.

Theodore R. Wilson
3700 North Capitol St. NW #128
Washington, D. C. 20011-8400

## Certificate of Service

This is to certify that on this date, December 4, 2008, I caused the foregoing document to be delivered to the officials identified as indicated.

*U.S. Mail*
~~Hand Delivered~~

United States District Judge
The Clerk of the Court
(for)
The Honorable Henry H. Kennedy
333 Constitution Ave.
Washington, D. C. 20001

*U.S. Mail*
~~Hand Delivered~~

Assistant United States Attorney
Ms. Marian Borum
555 Fourth Street, NW, Civil Division
Washington, D. C. 20530

December 4, 2008

_____
Theodore R. Wilson
Plaintiff/Pro se Representative