UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE R. WILSON
3700 North Capitol St. NW #128
Washington, D. C. 20011-8400
Phone: (202) 291-5968
    Plaintiff,

v.

TIMOTHY COX
Chief Operating Officer
Armed Forces Retirement Home-Washington
3700 North Capitol St. NW
Washington, D. C. 20011-8400

and

The United States of America
444 4th Street, NW
Washington, D. C. 20001

Civil Action No. 06-1585 (HHK)

DATE: January 4, 2008

Affidavit of Theodore R. Wilson

  Pursuant to 28 U.S.C. 1746, I do hereby declare and certify under penalty of perjury of the laws of the United States of America that the following is true and correct.

  I, Theodore R. Wilson, was a civil service employee at Armed Forces Retirement Home-Washington (AFRH-W) from May 2001 through November 2002. On or about December 1, 2002, I changed my residence from an off campus address to AFRH-W. My decision to move to AFRH-W was based on the assurances that I would be able to retain my AFRH-W full time job at AFRH-W. This assurance came through verbal communication with AFRH-W officials, the fact that numerous residents of AFRH-W were working full-time jobs at AFRH-W, a statement in a brochure provided to me as a potential resident and my knowledge that the AFRH-W had a 150-year tradition of residents being employed.

*Plaintiff Exhibit 8*

1

About eight months after moving to AFRH-W, I was notified that, as a resident, I would be removed from employment in my then current status but could come back to work in the same department as a stipend employee. On November 4, 2003, I was required to sign a letter stating that my last day of work would be January 4, 2004.

On January 3, 2004, I was directed not to return to work the following day nor any day thereafter. I complied. However, I intended to protest my firing at my earliest convenience. Unaware of any imminent deadlines, I had no known reason to rush my actions.

I declare or certify under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2008.

*Theodore R. Wilson* [signature]
Theodore R. Wilson
3700 North Capitol St. NW #128
Washington, D. C. 20011-8400

## Certificate of Service

This is to certify that on this date, December 4, 2008, I caused the foregoing document to be delivered to the officials identified as indicated.

*U.S. Mail*
~~Hand Delivered~~

United States District Judge
The Clerk of the Court
(for)
The Honorable Henry H. Kennedy
333 Constitution Ave.
Washington, D. C. 20001

*U.S. Mail*
~~Hand Delivered~~

Assistant United States Attorney
Ms. Marian Borum
555 Fourth Street, NW, Civil Division
Washington, D. C. 20530

December 4, 2008

_____
Theodore R. Wilson
Plaintiff/Pro se Representative