UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE R. WILSON
3700 North Capitol St. NW, #128
Washington, D. C. 20011-8400
Phone (202) 291-5968
          Plaintiff,

     v.

TIMOTHY COX
Chief Operating Officer
Armed Forces Retirement
Home-Washington, et al

## ORDER

Upon consideration of Plaintiff's motion for summary judgment and the entire record herein, it is this_____day of_____, 2008,

ORDERED that Plaintiff's motion for summary judgment is hereby GRANTED.

                                        _____
                                        United States District Judge

Copies to:
Marian L. Borum
Assistant United States Attorney
555 4th St. NW, Civil Division
Washington, D. C. 20530

Theodore R. Wilson
3700 North Capitol St. NW, #128
Washington, D. C. 20011-8400