UNITED STATES DIFTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE R. WILSON
3700 North Capital St. NW, #128
Washington, D. C. 20011-8400
        Plaintiff,

v.

TIMOTHY COX
Chief Operating Officer
Armed Forces Retirement Home-Washington, et al
3700 North Capital St. NW
Washington, D. C. 20011-8400
        Defendant.

Civil Action 06-1585 (HHK)

**RECEIVED**

JAN 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MEMORANDUM OF CORRECTION
## TO THE COURT AND TO THE DEFENDANT

1. The Plaintiff respectfully requests to correct two items of correspondence previously provided the Court and Defendant.

(a) Plaintiff's exhibit 5 submitted on about November 13, 2007, stated that the item was circa July/August 2003. The Plaintiff can affirm **only** that the document was issued in November 2002 when it was issued to the Plaintiff himself.

(b) In Plaintiff's Cross-Motion for Summary Judgment of December 4, 2008, the Plaintiff should have included that the motion was submitted pursuant to rule 56(a) 0f the Federal Rules of Civil Procedures.

                            Respectfully Submitted,

                            *Theodore R Wilson*
                            Theodore R. Wilson
                            Pro se Plaintiff

## Certificate of Service

This is to certify that on this date, December 6, 2008, I caused the foregoing document to be delivered to the officials identified as indicated.

U. S. Mail

<u>United States District Judge</u>
The Clerk of the Court
(for)
The Honorable Henry H. Kennedy
333 Constitution Ave.
Washington, D. C. 20001

U. S. Mail

<u>Assistant United States Attorney</u>
Ms. Marian Borum
555 Fourth Street, NW, Civil Division
Washington, D. C. 20530

December 6, 2008

*Theodore R. Wilson*
Theodore R. Wilson
Plaintiff/Pro se Representative