UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THEODORE R. WILSON,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**TIMOTHY COX, et al.,**<br><br>　　　　　　**Defendants.** | Civil Action 06-01585<br>(HHK) |

## ORDER

On December 5, 2007, this court denied plaintiff's motion to amend his complaint [#17] explaining that "the motion is denied because the motion does not indicate that the movant discussed the anticipated motion with opposing counsel to determine whether there is any opposition to the relief sought, as required by LCvR 7.1(m)." The court erred in denying the motion because a party has the right to "amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). At the time plaintiff filed his motion to amend his complaint, defendants had not, and have not, filed a responsive pleading. Therefore, plaintiff's motion to amend his complaint should have been denied as the motion was unnecessary or moot and the complaint accompanying the motion should have been accepted for filing.

Accordingly, it is this 17th day of January 2008, hereby

**ORDERED** that this court's minute order of December 5, 2007, denying plaintiff's motion to amend his complaint is **VACATED**; and it is further

**ORDERED** that plaintiff's motion to amend his complaint [#17] is **GRANTED** and the complaint that accompanies the motion is deemed filed as of the date of docketing of this order; and it is further

**ORDERED** that defendants' motion to dismiss, or in the alternative, for summary judgment [# 13] is **DENIED** without prejudice to renewal in light of plaintiff's filing of an amended complaint; and it is further

**ORDERED** that plaintiff's cross-motion for summary judgment [#21] is **DENIED** without prejudice to renewal in light of plaintiff's filing of an amended complaint.

Henry H. Kennedy, Jr.
United States District Judge