UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
WASHINGTON REGIONAL OFFICE

THEODORE R. WILSON,
  Appellant,

Docket Number
DC-0752-06-0831-I-1

v.

ARMED FORCES RETIREMENT
HOME,

September 25, 2006

  Agency,

## AFFIDAVIT OF THEODORE R. WILSON

Pursuant to USC 1746, I do hereby declare and certify under penalty of perjury of the laws of the United States of America that the following is true and correct.

An about May 22, 2001, I started working as a Security Guard at the Armed Forces retirement Home-Washington (hereinafter referred to as AFRH-W).

In about July or August of 2003, We were informed by our supervisor that in the near future, all Residents would be terminated from full time employment but we could continue working in our positions as stipend employees where we would be paid $120.00 for our first 12 hours in a month but would donate any other time that we worked in a given calendar month. I decided then and there that I would protest what I considered to be a gross abuse of power when the time came.

I signed a letter of notification on November 4, 2003, informing me that my last day of work would be January 4, 2004.

On January 3, 2004, the acting Chief of Security, Kevin McCombs, told me that that would be my last day of work and that I was no longer employed at AFRH-W. It was a

Exhibit 1.

1

weekend and I expected that the personnel office would be summoning me early in the next week for some kind of exit briefing but I waited in vain.

After waiting about two weeks, I began to suspect that maybe they were not going to give any kind of counseling but I continued to wait and plan what to do. I had the impression that whatever complaint that I made, it would have to be with the Office of Personnel Management or the courts.

One day, I arrived at my room on the 8th floor of the AFRH-W Scott building and found an envelope taped to my door. The envelope contained a SF Form 50B which was dated 02-02-04 and stated that I had resigned my position. An attachment informed me that I had 30 days (as I recall, I am unable to locate that attachment) to protest the personnel action of the SF Form 50B. The only relevance that I could give to the 30-day notice was that the time had already passed making it impossible to meet that deadline. The conclusion I reached, and still hold, was that the AFRH-W authorities were deliberately attempting to prevent me from protesting by waiting until the time limit had expired before issuing me the form. I immediately attempted to obtain the services of an Attorney.

After several weeks of failing to obtain the services of an attorney, I called the office of the Inspector General at OPM and, I believe, the Inspector General of the Department of Defense. I was referred to a Mr. Coleman here at AFRH-W who referred me to a Ms. Nancy Duran also her at AFRH-W. Ms. Duran told me that I should make my complaint to the EEO office that served AFRH-W and gave me a telephone number

to call. I called the number and got the EEO office of the Bureau of the National Debt in Parkersburg, WV where I initiated my complaint.

At no time during this process did any anyone mention to me that there existed a United States Merits System Protection Board. I suspected that some entity with its function did exist but thought it would probably be at OPM. I distinctively remember that the person that I spoke with OPM telling me that they could not provide me any assistance until I had gone through the Inspector General here at AFRH-W.

I learned of the existence of the Merit Systems Protection Board on August 29, 2006, while visiting a lawyer who was helping me file a complaint with the U. S. District Court. The Lawyer advised me to write a letter to the Board, which I did.

I declare or certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2006.

Theodore R. Wilson
3700 North Capitol St. NW, #128
Washington. D. C. 20011-8400
Tel. (202) 291-5986