UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
WASHINGTON REGIONAL OFFICE

THEODORE R. WILSON,
    Appellant,

v.

ARMED FORCES RETIREMENT
HOME,

    Agency,

Docket Number
DC-0752-06-0831-I-1

September 25, 2006

## AFFIDAVIT OF JAMES G. HARRIS

Pursuant to 28 U.S.C. 1746, I do hereby declare and certify under penalty of perjury under the laws of The United States of America that the following is true and correct.

I had been working at the Guest House for 19 years. Mr. Dickerson, he is the Associate Director for Resident Services, came down with Laura and told me, George and the other man that we were going to be terminated. I don't remember them telling us that we could protest our firing or that we could appeal to anyone.

I didn't want the job anymore. They said I could work for free or I could put in for the $120.00 a month. I didn't want to work for nothing.

I don't remember anyone at all from personnel talking to us and I have never heard of a board that we could appeal to.

I declare or certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Exhibit 3.
JAW

1

Executed on September 25, 2006.

*/s/ James G. Harris*

James G. Harris
3700 North Capitol St. NW
AFRH-W, Box 467
Washington, D. C. 20011-8400
Tel. (202) 722-1904