# ARMED FORCES RETIREMENT HOME–WASHINGTON POLICIES (U.S. SOLDIERS' AND AIRMEN'S HOME)

In creating the following policies, the Home has sought only to enhance the quality of life for residents and to ensure a peaceful and safe environment for all. Entry into the AFRH carries with it the responsibility by each resident to abide fully with the policies and procedures of the AFRH and to conduct him/herself in a conforming and congenial manner.

- **Resident Fees:** Federal law requires that each resident pay a monthly fee, which is 35 percent for independent living residents, 40 percent for assisted living and 65 percent for skilled care. The fees are capped at $1,000 for independent living, $1,500 for assisted living and $2,500 for residents in our skilled care facility. Residents must pay the fee electronically from a bank account.

Included in the resident fee are the living quarters, three meals a day, 24-hour security, religious services and most recreational activities such as bowling and entertainment. In addition, residents receive dental care and pharmaceuticals, as well as access to licensed specialists in optometry, podiatry, mental health, internal medicine and diabetic care at no additional cost. Clothing, toilet articles, dry cleaning, haircuts and other personal items are paid for by the individual.

- **Living Quarters:** Residents are assigned private, air-conditioned single rooms . Average room size is approximately 130 square feet of living space plus a bathroom, shower and walk-in closet. The AFRH supplies each resident with a bed, desk, chair and reading lamp, as well as bed linens and towels that are laundered by a contractor. Personal furnishings and small refrigerators are allowed. Residents are expected to maintain their rooms in a sanitary and reasonably presentable manner. If desired, residents may use personal furniture. Each room is wired for cable and telephone, which if desired, must be paid for by the resident.

- **Meals:** Residents can choose from a regular entree menu, a special dietetic line, a short-order line and a salad bar. Serving times are for 90 minutes starting at 6:30 a.m. for breakfast, 11:30 a.m. for lunch and 4:30 p.m. for supper.

- **Health Insurance:** Residents are required to carry health insurance. If health care must be provided by civilian health care organizations, TRICARE or Medicare may cover a large part of medical expenses for those qualified, but supplemental health insurance may be equally necessary. The money residents pay for health insurance is deductible from their income when calculating resident fees.

Normally, the Home and its support facilities are capable of providing needed medical care. However, if a resident becomes ill while away from the Home, he/she is responsible for any medical expenses. Or if for some reason a resident's medical procedure is beyond the capability of our professionals at the King Health Center and its support facilities, the emergency may call for instant service from civilian sources. In those cases, residents are liable for medical costs.

- **Personal Finances:** Residents are expected to handle their own financial affairs. Residents are cautioned not to maintain sums of money beyond their immediate needs either on their person or in their rooms. A personal checking account at the on-campus bank or a local bank and/or travelers checks provide maximum safety.

- **Quiet Hours:** The hours between 9 p.m. and 6 a.m. are considered a "quiet period." During these hours, televisions and radios are to be operated only with headphones. During the other hours, entertainment equipment is to be operated at a moderate sound level.

- **Smoking:** Smoking is permitted in residents' rooms and in designated areas. Residents can be assigned to non-smoking floors upon request.

- **Weapons:** Washington, DC law does not permit the ownership or possession of guns by District residents. Consequently, all weapons and ammunition are prohibited on AFRH-Washington grounds.

Exhibit 5.

- **Cars/Recreational Vehicles:** Cars and RVs are welcome at the Home. All vehicles must be registered with Security. Registration and proof of insurance are needed to register the vehicle. There is ample free parking near the dormitories and an auto shop on site for optional self-service maintenance.

- **Chores/Jobs:** At the AFRH-Washington, there are no scheduled chores. Residents are only responsible for cleaning their own rooms. For those interested in on-campus employment, the AFRH-Washington typically has several openings in a variety of capacities. Announcement of job openings are posted throughout the facility and applications are processed through the personnel office. Income received as a Home employee is not included in the calculation of resident fees.

- **Guests:** The Home has a guest house in which friends and family members of residents can stay for a minimal cost. Guests can also purchase meal tickets to join residents in the dining hall for meals.

- **Residency:** Upon admittance, residents are subject to the taxes, vehicle registration and driver's license requirements of the District of Columbia.

## ELIGIBILITY REQUIREMENTS

In addition to the military service requirements outlined on page 3 of the accompanying brochure, applicants are required to be in good physical condition. In order to be considered for admission, applicants must be:

a) in such physical condition that they can be adequately cared for by existing facilities of the Home;

b) ambulatory and capable of descending several flights of stairs;

c) capable of using the dining facility, which requires carrying a tray through a cafeteria-style serving line and busing their own trays;

d) capable of caring for their own room, which includes making the bed, cleaning the bathroom, floors and windows and performing related housekeeping tasks;

e) mentally competent and capable of making competent and rational decisions and managing their own finances;

f) sufficiently capable of speech, hearing and sight, with or without aids, to perform the foregoing functions; and

g) unencumbered by current problems with alcoholism, other drug addiction or mental disorders. AFRH-Washington has neither the personnel nor the facilities for treating alcoholism, drug addiction or psychiatric problems and therefore cannot accept those who require continuing evaluation, observation or treatment for existing or recurring conditions in those areas.

In those cases in which there is a history of excessive use of alcohol or drugs, the applicant must provide documentation of his/her sustained and continuing abstinence and have at least one year of sobriety. Documentation must be in the form of three letters from professionals associated with rehabilitation programs, Alcoholics Anonymous (AA) staff or medical personnel, not from friends or neighbors. These letters must indicate that the applicant has been successful in treatment and is maintaining sobriety. Submission of this documentation does not guarantee the applicant's admission.