OFFICE OF THE DIRECTOR
ARMED FORCES RETIREMENT HOME-WASHINGTON
3700 North Capitol Street, N.W.
Washington, D.C. 20011-8400

16 April 2004

MEMORANDUM FOR ALL EMPLOYEES AND APPLICANTS

SUBJECT: EQUAL EMPLOYMENT OPPORTUNITY (EEO) POLICY

    It is the policy of the Armed Forces Retirement Home-Washington to provide equal employment opportunity to all employees and applicants for employment regardless of race, color, religion, age, sex, national origin, physical and/or mental disability. As the Director, I am committed to maintaining a diverse workforce built upon solid EEO principles. Everyone at the Armed Forces Retirement Home-Washington has the right to work in an environment where there is opportunity for them to reach their fullest potential and be free from reprisal. Discrimination, sexual harassment, or reprisal for previous participation in an EEO complaint process will not be tolerated. I expect each employee to join me in accepting our individual and collective responsibilities as we commit to a vigorous program of equal employment opportunity that will enable us to better understand and interact with one another.

    I encourage all supervisors and managers to consult the EEO staff when making employment decisions in the recruitment, selection, training, promotion, discipline, and awarding or retention of employees. The EEO Manager is responsible for advising and assisting you in implementing and supporting the principles and objectives of the EEO program. When issues or systemic problems are identified, I expect prompt resolution at the lowest level.

    The Armed Forces Retirement Home-Washington will continue to seek avenues to increase the awareness and knowledge of all employees regarding the benefits of working harmoniously with persons of culturally diverse backgrounds and different personal characteristics.

    Employees or applicants who perceive they are victims of discrimination, including sexual harassment and reprisal, are responsible to voice their opposition to these behaviors and report incidents promptly to their supervisory channel or the EEO Office. Complaints will be quickly and thoroughly

Exhibit 06.

investigated ensuring the rights of both the victim and the accused are protected. Where necessary, swift, fair, and effective corrective action will be taken.

   For further information, contact the EEO Manager located on the first floor of the Administration Building, or call (202) 730-3231.

*JL Ulmer, Sr.*
JERALD L. ULMER, SR.
CAPT, MSC, USN
Director