## NOTICE TO ALL EMPLOYEES

Subject: Statement on Equal Employment Opportunity

As the Managing Director of the United Nations Communications Group (UNCG), I am firmly committed to the principle of equal opportunity in employment for all employees. Discrimination based on race, color, religion, sex, sex, age, national origin, disability, sexual orientation, or any reprisal actions will not be tolerated.

The UNCG takes great pride in the diversity of our employees and maintains an inclusive workplace. The inclusion of all races, gender, ethnic groups, religion, ages, and individuals with disabilities. I expect each Senior Director, Division Chief, Supervisor and Manager to ensure that affirmative employment principles are incorporated into all personnel programs, including recruitment, hiring, promotions, training and awards. Helping employees balance work/family needs, providing appropriate accommodations, and support systems for individuals with disabilities also contribute to the success of our workforce.

Racial, religious and sexual harassment are prohibited personnel practices and are not conducive to the development of a healthy work force, and therefore will not be tolerated. Complaints will be processed in accordance with the laws and regulations governing personnel actions.

We all share in this commitment and responsibility in this effort and strive to build and maintain a diverse work force.

TIMOTHY COX
Chief Operating Officer