UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THEODORE R. WILSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1585 (HHK) |
| TIMOTHY COX, CHIEF OPERATING OFFICER, ARMED FORCES RETIREMENT HOME-WASHINGTON, et al., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including March 20, 2008, in which to answer, move or otherwise respond to Plaintiff *pro se*'s Amended Complaint. As grounds for this motion Defendants state as follows:

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*. ("ADEA"). Plaintiff *pro se* alleges that, on January 4, 2004, he was terminated from his position as a resident employee security guard at the Armed Forces Retirement Home-Washington, after being told in July or August of 2003 that the resident employee program would be abolished. See Docket Entry No. 1, ¶¶ 8-10. On October 19, 2007, Defendants filed a motion to dismiss the matter. See Docket Entry No. 13. In response, Plaintiff *pro se* mailed to the United States Attorney's Office a "Request to Amend Complaint" as well as "Plaintiff's Response to Defendant's Motion to Dismiss." By Order dated January 17, 2008, the Court

granted Plaintiff *pro se*'s motion to amend the Complaint.  See Docket Entry No. 23.  Defendants anticipated being able to file a responsive pleading by February 19, 2008.  However, today, Agency Counsel informed undersigned counsel that she has two additional matters due on February 19, 2008 as well as a statistical report due on February 22, 2008.  Therefore, she will be unable to complete a response to Plaintiff *pro se*'s Amended Complaint by February 19, 2008.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiff *pro se* to ascertain his position on this motion.[1]  Plaintiff *pro se* consented to the filing of this motion.  For these reasons, and to ensure that the government has sufficient time to prepare the necessary response, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to the Amended Complaint be granted.

An order granting the relief sought is attached hereto.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of February, 2008, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C.  20011-8400


                                              /s/
                                              MARIAN L. BORUM
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE R. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1585 (HHK) |
| ) | |
| TIMOTHY COX, ) | |
| CHIEF OPERATING OFFICER, ) | |
| ARMED FORCES RETIREMENT ) | |
| HOME-WASHINGTON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including March 20, 2008 in which to answer, move or otherwise respond to plaintiff's Amended Complaint.


Date _____          _____
                                   UNITED STATES DISTRICT JUDGE