# Theodore R. Wilson

## v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home –Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit B

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WILSON THEODORE R | | | 05-21-01 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 101 | CAREER-COND APPT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZBA | P.L. 106-117, SEC. 511 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
SECURITY GUARD
03946

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | | | 01 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
U.S. SOLDIERS' & AIRMEN'S HOME
RESIDENT SERVICES DIRECTORATE
SECURITY & INVESTIGATIONS DIV
WASHINGTON, D. C. 20317

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 — 1-None 3-10-Point/Disability 5-10-Point/Other; 2-5-Point 4-10-Point/Compensable 6-10-Point/Compensable/30% | 2 — 0-None 2-Conditional 1-Permanent 3-Indefinite | | X YES / NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC ONLY | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 05-21-01 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service 3-SES General; 2-Excepted Service 4-SES Career Reserved | N — E-Exempt / N-Nonexempt | 11111111 111111 | 0015 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DISTRICT OF COLUMBIA  DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| ORG CODE: 10600 | | | | |

45. Remarks

APPOINTMENT IS SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY PERIOD
BEGINNING 05-21-01.
SERVICE COUNTING TOWARD CAREER TENURE FROM 05-21-01.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
SPECIAL RATE UNDER 5 U.S.C. 5305.
FROZEN SERVICE: 00 YEARS, 00 MONTHS.
APPOINTMENT AFFIDAVIT EXECUTED 05-21-01.
CREDITABLE MILITARY SERVICE: 00 YEARS 00 MONTHS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
POSITION IS AT THE FULL PERFORMANCE LEVEL.

| Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| ARMED FORCES RETIREMENT HOME | *[signature]* BROCK FOWLER DIRECTOR OF CIVILIAN PERSONNEL |

| Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| RH02 | 1369 | 05-29-01 | |

Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238