# Theodore R. Wilson

## v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home –Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit C

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WILSON, THEODORE R. | | | 01-03-2004 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 357 | 5-B. Nature of Action Termination | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code ZLM | 5-D. Legal Authority Position Abolish by Appr of COO | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SECURITY GUARD 03578 -- 1207 | |

| 8. Pay Plan AD | 9. Occ. Code 0085 | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis PH | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| ARMED FORCES RETIREMENT HOME-WASHINGTO RESIDENT SERVICES-W SECURITY-W WASHINGTON, DC | |

EMPLOYEE DATA

| 23. Veterans Preference 2 | 24. Tenure 3 | 25. Agency Use | 26. Veterans Preference for RIF X YES / NO |
|---|---|---|---|
| 27. FEGLI A0 Ineligible | 28. Annuitant Indicator 9 Not Applicable | | 29. Pay Rate Determinant 0 |
| 30. Retirement Plan 2 FICA | 31. Service Comp. Date (Leave) 01-26-2000 | 32. Work Schedule F Full-Time | 33. Part-Time Hours Per Biweekly Pay Period |

POSITION DATA

| 34. Position Occupied 2 | 35. FLSA Category E | 36. Appropriation Code D | 37. Bargaining Unit Status 8888 |
|---|---|---|---|
| 38. Duty Station Code 110010001 | 39. Duty Station (City - County - State or Overseas Location) WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA | | |
| 40. Agency Data Org Cd: | 41. 73230 | 42. | 43. | 44. |

45. Remarks

Forwarding address:

Lump-sum payment to be made for any unused annual leave.

Position abolish Approval by COO.

| 46. Employing Department or Agency Armed Forces Retirement Home Washington (RH02) | 50. Signature/Authentication and Title of Approving Official SHERBA F. ESSEX HUMAN RESOURCES OFFICER |
|---|---|
| 47. Agency Code RH02 | 48. Personnel Office ID 1369 | 49. Approval Date 05-18-2004 | |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WILSON, THEODORE R. | | | 01-03-2004 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 001 | Cancellation | 317 | Resignation |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ATM | 5 U.S.C. 302 | RPM | Reg 715.202 |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
SECURITY GUARD
03578 - 1207

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | 0085 | | | | PH |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | $0 | | $0 |

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

14. Name and Location of Position's Organization
ARMED FORCES RETIREMENT HOME-WASHINGTO
RESIDENT SERVICES-W
SECURITY-W
WASHINGTON, DC

22. Name and Location of Position's Organization

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 | 3 | | X YES / NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 Ineligible | 9 Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 2 FICA | 01-26-2000 | F Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | E | D1 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| Org Cd: | 73230 | | | |

45. Remarks
Forwarding address: _____ .

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Armed Forces Retirement Home Washington (RH02) | SHERBA J. ESSEX |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | HUMAN RESOURCES OFFICER |
| RH02 | 1369 | 05-18-2004 | |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93