# Theodore R. Wilson

v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home -Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit G

THEODORE R. WILSON

3700 North Capitol St. NW, #128

Washington, D.C. 20011-8400

Tel: (202) 291-5968

| | |
|---|---|
| THEODORE R. WILSON,  )<br>  Complainant,  )<br>  )<br>  v.  )<br>  )<br>ARMED FORCES RETIREMENT HOME, )<br>  Agency,  ) | EEOC No. 100-2005-00349X<br><br>Agency No. 04-01<br><br>Date: July 14, 2005 |

## COMPLAINANT'S RESPONSE TO AGENCY'S INITIAL DISCOVERY REQUEST

The Complainant agrees to the admission items identified by number except as indicated.

1. Admit that Complainant's date of birth is

2. Admit that Complainant was initially hired by the Agenc during May 2001 as a security guard at the Armed Forces Retirement Home ("AFRH"). Position title was "Security Guard."

3. Admit that Complainant became a resident in the AFRH-W in December 2002.

/

4. Admit that Complainant's position was change to that of "resident employee" when he became a resident of the AFRH in December 2002.

5. Admit that, on about November 4, 2003, the Agency provided a letter to Complainant notifying him that his resident employee security position would be abolished on about January 4, 2004.

6. (Sorry, there are some resident employees wearing security uniforms presently, their status is undetermined by the Complainant)

7. Admit that Complainant was the only resident employee security guard known to be working at AFRH on January 4, 2004 (Complainant does not believe that the positions were abolished).

8. The complainant believes that all resident employees were of an age greater than 40 but does not know it as fact.

## COMPLAINANT'S RESPONSE TO INTERROGATORIES

Interrogatory Number 1:

THEODORE R. WILSON, , Washington, DC

Interrogatory Number 2:

- Incident #1: The act of deciding to stop all residents from being employed

2