# Theodore R. Wilson

# v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home -Washington et al., Civil Action No. 06-1585 (HHK)

# Exhibit H

| 1. Name (Last, First, Middle) WILSON, THEODORE R. | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 12-01-2002 |
|---|---|---|---|

**FIRST ACTION**

| 5-A. Code 570 | 5-B. Nature of Action Conv to Exc Appt |
|---|---|
| 5-C. Code XZM | 5-D. Legal Authority Sch A, 213.3136(b) |
| 5-E. Code | 5-F. Legal Authority |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
SECURITY GUARD
03946 - 1228

| 8. Pay Plan GS | 9. Occ. Code 0085 | 10. Grade/Level 05 | 11. Step/Rate 02 | 12. Total Salary | 13. Pay Basis PA |
|---|---|---|---|---|---|

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay $0 |
|---|---|---|---|

14. Name and Location of Position's Organization
ARMED FORCES RETIREMENT HOME-WASHINGTO
RESIDENT SERVICES DIRECTORATE
SECURITY & INVESTIGATIONS DIV
WASHINGTON, D. C. 20317

15. TO: Position Title and Number
SECURITY GUARD
03578 - 1207

| 16. Pay Plan AD | 17. Occ. Code 0085 | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis PH |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. $0 | 20C. Adj. Basic Pay | 20D. Other Pay $0 |
|---|---|---|---|

22. Name and Location of Position's Organization
ARMED FORCES RETIREMENT HOME-WASHINGTO
RESIDENT SERVICES DIRECTORATE
SECURITY & INVESTIGATIONS DIV
WASHINGTON, D. C. 20317

**EMPLOYEE DATA**

| 23. Veterans Preference 2 | 24. Tenure 3 | 25. Agency Use | 26. Veterans Preference for RIF  X YES   NO |
|---|---|---|---|

| 27. FEGLI A0 Ineligible | 28. Annuitant Indicator 9 Not Applicable | 29. Pay Rate Determinant 0 |
|---|---|---|

| 30. Retirement Plan 2 FICA | 31. Service Comp. Date (Leave) 01-26-2000 | 32. Work Schedule F Full-Time | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|

**POSITION DATA**

| 34. Position Occupied 2 | 35. FLSA Category E | 36. Appropriation Code D | 37. Bargaining Unit Status 8888 |
|---|---|---|---|

| 38. Duty Station Code 110010001 | 39. Duty Station (City - County - State or Overseas Location) WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |
|---|---|

| 40. Agency Data Org Cd: | 41. 10600 | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

Previously employed at GS-0085-05, STEP 02.

SELECTED FROM CERT 02-26 DATED 111-25-02.

INELIGIBLE FOR HEALTH BENEFITS.

POSITION IS AT THE FULL PERFORMANCE LEVEL.

| Employing Department or Agency Armed Forces Retirement Home Washington (RH02) | 50. Signature/Authentication and Title of Approving Official *Sherba J. Essex* CHIEF OF HUMAN RESOURCES |
|---|---|
| Agency Code RH02 | 48. Personnel Office ID 1369 | 49. Approval Date 12-06-2002 |

Part 50-316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Theodore R. Wilson
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
AFRH-Washington Box 128
3700 North Capitol St NW
Washington, D.C. 20317

3 Dec. 02

Office of Personnel Services
3700 North Capitol St NW
Washington, D.C. 20317

RE:

1. On 30 Nov. 02, I Resigned my status as a Civil Service employee. On 1 Dec 02, I became both a Home Resident and a Home Employee. Consequently I am ineligible for Civil Service Retirement according to the information which has been provided to me.

2. Request to withdraw all funds that I have invested into the Civil Service Retirement System.

Theodore R. Wilson
Theodore R. Wilson
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

2