# Theodore R. Wilson

v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home-Washington, et al.
Civil Action No. 06-1585 (HHK)

# Exhibit N

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WILSON, THEODORE R. | | | 12-01-2002 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 570 | Conv to Exc Appt |
| 5-C. Code | 5-D. Legal Authority |
| XZM | Sch A, 213.3136(b) |
| 5-E. Code | 5-F. Legal Authority |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SECURITY GUARD | SECURITY GUARD |
| 03946 - 1228 | 03578 - 1207 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| ARMED FORCES RETIREMENT HOME-WASHINGTO RESIDENT SERVICES DIRECTORATE SECURITY & INVESTIGATIONS DIV WASHINGTON, D. C. 20317 | ARMED FORCES RETIREMENT HOME-WASHINGTO RESIDENT SERVICES DIRECTORATE SECURITY & INVESTIGATIONS DIV WASHINGTON, D. C. 20317 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 | 3 | | X YES / NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 Ineligible | 9 Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 2 FICA | 01-26-2000 | F Full-Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | E | D | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| Org Cd: | 10600 | | | |

45. Remarks

Previously employed at

SELECTED FROM CERT 02-26 DATED 111-25-02.

INELIGIBLE FOR HEALTH BENEFITS.

POSITION IS AT THE FULL PERFORMANCE LEVEL.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Armed Forces Retirement Home Washington (RH02) | *Sherba J. Essex* |
| 47. Agency Code: RH02 | 48. Personnel Office ID: 1369 | 49. Approval Date: 12-06-2002 | CHIEF OF HUMAN RESOURCES |

5-Part 50-316    TURN OVER FOR IMPORTANT INFORMATION    Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238