# Theodore R. Wilson

### v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home-Washington, et al.
## Civil Action No. 06-1585 (HHK)

## Exhibit O

## APPLICATION FOR RESIDENT EMPLOYMENT

POSITION APPLIED FOR  02-26 / SECURITY GUARD    VACANCY # 02-26

NAME  Wilson, Theodore R.    SSN _____    DOB _____

ADDRESS (Bldg., Room, USSAH #)  (AFRH-W Guest House)    PHONE _____

| Currently Employed at USSAH ✓ YES ___ NO | Previously Employed at USSAH ___ YES ___ NO |
|---|---|
| OTHER FEDERAL CIVIL SERVICE Agency N/A | Dates N/A |
| RETIRED CIVIL SERVICE ___ YES ✓ NO | RETIRED MILITARY ✓ YES ___ NO |
| DO YOU RECEIVE FEDERAL CIVILIAN OR MILITARY RETIREMENT PAY? ✓ YES ___ NO | |
| SEVERANCE PAY? ___ YES ✓ NO | BUYOUT PAY? ___ YES ✓ NO |

Military assignments which relate to the position applied for. Give dates, location, unit, job title and description of duties and responsibilities:

U.S. Air Force - 1950-1965  AFSC 77170  Air Police
U.S. Army  1965-1974  MOS 9484(?)  Military Police

* Military Retired. U.S. Army SFC-E-7

Civilian experience which relates to the position applied for. Give employer's name, address, dates, job title and description of duties and responsibilities:

George Washington U, 2033 G St NW, Wash. D.C 20036 - Patrolman 2
Patrols Property, Protects Personnel, Investigates minor incidents.
George Wash. U. Hospital, 901 23rd St NW. Wash. DC. Patrolman, Training Officer
Patrol Property, Protects Personnel, Investigates, Coordinates Activities
with other Law Enforcement Agencies, Conducts training Classes.
AFRH-W Patrol Officer — 18 May 2001 to Present

EDUCATION LEVEL:  High School ✓ +    College Degree ___ 2yr. ___ 4 yr.    Graduate School ___
Year of Degree _____    Major _____

USSAH FORM 170    (Signature and Date Required on Reverse)
MAY 98

CAMPAIGNS AND EXPEDITIONS SINCE APRIL 15, 1861 FOR WHICH A CAMPAIGN BADGE (SERVICE MEDAL) HAS BEEN AUTHORIZED

Please review the dates of campaigns listed below carefully to see if you may be entitled to credit time towards your leave category. If you believe you are entitled to service credit for one of the listed campaigns you must indicate the approxidate dates you served during that campaign.

DATES OF SERVICE
FROM — TO

| Campaign | Dates |
|---|---|
| American Defense Service | Sept. 8, 1939. to Dec. 7, 1941 |
| Navy Occupation of Trieste | May 9, 1945. to Oct. 26, 1954 |
| Army of Occupation of Berlin | May 9, 1945 to .......... |
| Army of Occupation of Germany (exclusive of Berlin) | May 9, 1945. to May 5, 1955 |
| Army of Occupation of Japan | Sept. 3, 1945. to Apr. 27, 1952 |
| Army of Occupation of Austria | May 9, 1945. to July 27, 1955 |
| Navy Occupation of Austria | May 9, 1945. to Oct. 25, 1955 |
| Units of the Sixth Fleet (Navy) | May 9, 1945. to Oct. 25, 1955 |
| China Service Medal (Extended) | Sept. 2, 1945. to Apr. 1, 1957 |
| Korean Service | June 27, 1950. to July 27, 1954. |
| Vietnam Service Medal | July 3, 1965. to Mar. 28, 1973. —— 27 JAN 66 to 23 MAY 67 |
| Armed Forces Expeditionary Medal for these operations: | |
| Berlin | Aug. 14, 1961. to June 1, 1963. |
| Lebanon | July 1, 1958. to Nov. 1, 1958 and June 1, 1983 to ...... |
| Quemoy and Matsu Islands | Aug. 23, 1958. to June 1, 1963. |
| Taiwan Straits | Aug. 23, 1958. to Jan. 1, 1959. |
| Cuba | Oct. 24, 1962. to June 1, 1963. |
| Congo | July 14, 1960. to Sept. 1, 1962 and Nov. 23 to 27, 1964. |
| Laos | Apr. 19, 1961. to Oct. 7, 1962. |
| Dominican Republic | Apr. 28, 1965. to Sept. 21, 1966. |
| Korea | Oct. 1, 1966. to June 30, 1974. |
| Vietnam (incl. Thailand) | July 1, 1958. to July 3, 1965. |
| Cambodia | Mar. 29, 1973. to Aug. 15, 1973. |
| Cambodia Evacuation | Apr. 11, 1975. to Apr. 13, 1975. |
| Vietnam Evacuation | Apr. 29, 1975. to Apr. 30, 1975. |
| Mayaguez Operation | May 15, 1975 .......... |
| Grenada | Oct. 23, 1983 to Nov. 21, 1983. |

Wilson, Theodore R.
(NAME/PLEASE PRINT)

(OVER)

# ARMED FORCES RETIREMENT HOME-WASHINGTON
## 3700 North Capitol Street, N.W.
## Washington, DC 20317

| NONCOMPETITIVE REFERRAL OF ELIGIBLES | DATE: 11-25-02 |
|---|---|

**POSITION (Title, Series, Grade, Organization, Vice)**
Security Guard, (Full-Time) AN-0085 Vice: Larsen, C  *q sfelf'* wh. l.
($10.10 per hr.)                                        Resident Services

| ANNOUNCEMENT NUMBER | AREA OF CONSIDERATION | NO. OF ELIGIBLES |
|---|---|---|
| 02-26 | All Sources | 3 |

This Referral is valid for 30 days from the date of issuance and may be extended for an additional 30 days with the approval of the Personnel Officer. The eligibles on this list are not required to compete under Merit Promotion procedures, but may be selected for this vacancy. You may select anyone from the list below. You are encouraged, but not required, to interview candidates. If you interview one, you are required to interview all. Please return all application materials with this Referral.

**ELIGIBLE (in alphabetical order):**
I

Theodore Wilson

NAME, TELEPHONE NUMBER AND SIGNATURE OF PERSONNEL SPECIALIST

*Rose Howell* //
Rose Howell, Personnel Management Specialist  730-3206     Date  11/25/02

**SELECTION(S):**
MR TED WILSON
MR ERNEST JANE

**JUSTIFICATION:** EXPERIENCE

| NAME & SIGNATURE OF SELECTING OFFICIAL | DATE: |
|---|---|
| William C. Waninger<br>Chief, Security and Investigations Division | 11-26-02 |
| NAME & SIGNATURE OF APPROVING OFFICIAL | DATE: |
| Charles T. Dickerson<br>ASSOCIATE DIRECTOR, RSD | |

USSAH FORM 1180
JUN 97