# Theodore R. Wilson

## v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home-Washington, et al.
## Civil Action No. 06-1585 (HHK)

# Exhibit P

Theodore R. Wilson

AFRH-Washington BLK 128
3700 North Capitol St NW
Washington, D.C. 20317

3 Dec. 02

Office of Personnel Services
3700 North Capitol St NW
Washington, D.C. 20317

RE:

1. On 30 Nov. 02, I resigned my status as a Civil Service employee. On 1 Dec 02, I became both a Home Resident and a Home Employee. Consequently I am ineligible for Civil Service Retirement according to the information which has been provided to me.

2. Request to withdraw all funds that I have invested into the Civil Service Retirement system.

*Theodore R. Wilson*
Theodore R. Wilson

2