# Theodore R. Wilson

v.

# Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home-Washington, et al.
## Civil Action No. 06-1585 (HHK)

# Exhibit Q

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WILSON, THEODORE R. | | | 01-03-2004 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 317 | Resignation |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| RPM | Reg 715.202 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SECURITY GUARD
03578 - 1207

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| AD | 0085 | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

**14. Name and Location of Position's Organization**
ARMED FORCES RETIREMENT HOME-WASHINGTO
RESIDENT SERVICES-W
SECURITY-W
WASHINGTON, DC

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

**22. Name and Location of Position's Organization**

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 3 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0  Ineligible | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 2  FICA | 01-26-2000 | F  Full-Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | D | 8888 |

| 38. Duty Station Code | 39. Duty Station City - County - State or Overseas Location |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| Org Cd:  73230 | | | | |

**45. Remarks**

Reason for resignation: no reason given.

Forwarding address:

Lump-sum payment to be made for any unused annual leave.

**46. Employing Department or Agency**
Armed Forces Retirement Home Washington (RH02)

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| RH02 | 1369 | 02-02-2004 |

**50. Signature/Authentication and Title of Approving Official**
SHERBA J. ESSEX
HUMAN RESOURCES OFFICER

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6239