UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE R. WILSON,

          Plaintiff

      v.                                      Civil Action No. 06-1585 (HHK)

TIMOTHY COX
CHIEF OPERATING OFFICER
ARMED FORCES RETIREMENT
HOME-WASHINGTON, et al

          Defendant

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO DEFENDANT'S SECOND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT**

Plaintiff, Theodore R. Wilson, pursuant to Fed. R. Civ. P. 6(b)(1) and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including May 7, 2008, in which to answer, move or otherwise respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment. As grounds for this motion Plaintiff states as follows:

This matter arises under the Age Discrimination in Employment Act, 29 U.S.C., par. 621 et seq. ("ADEA"). Plaintiff was terminated from employment on January 4, 2004 from a position as a resident employee security guard at Armed Forces Retirement Home-Washington (AFRH-W). The Plaintiff was notified in About July/August 2003 that his position, along with the employment positions of all other AFRH-W residents would be abolished due to a reorganization. But, AFRH-W residents could continue working in a circumstance where they would be paid for the first twelve hours of employment and

1

donate to AFRH-W any time worked beyond twelve hours in any one month. (See Defendant's Exhibit D, page 2, par. 2.) On October 19, 2007, Defendant filed a "Motion to Dismiss." Plaintiff responded to Defendant's motion to dismiss and filed a Request to Amend Complaint on about November 13, 2007 and that request to amend was granted by the Court on January 17, 2008 (According to Defendant's response). In the interim, on December 6, 2007, Plaintiff had filed a Motion for Summary Judgment and requested to invoke **Promissory Estoppel.** The Court granted the Defendant a 30-day extension of time and later a 60-day extension of time to respond to the Plaintiff's motions and requests. Defendant's response to Plaintiff's request was received by the Plaintiff on March 24, 2008.

Defendant's response contains, as the Plaintiff counts, 52 precedents that Plaintiff needs to acquaint himself with and a host of assorted assertions to which Plaintiff takes exception. Further the Plaintiff needs time to attempt to determine the nature of his error in submitting his Motion for summary Judgment on the issue of Promissory estoppel considering the absence of any response regarding this motion from the Defendant.

Pursuant to Local Rule 7(m), Plaintiff contacted Defendant's Counsel to ascertain her position on this motion. Defendant's counsel consented to the filing of this motion. For these reasons, and to ensure that the Plaintiff has sufficient time to prepare the necessary response, Plaintiff respectfully request that the enlargement of time to answer, move or otherwise respond to the Motion to Dismiss or, in the alternative, for Summary Judgment be granted.

An order granting the relief sought is attached hereto.

Respectfully Submitted,

*Theodore R. Wilson*
THEODORE R. WILSON
3700 North Capitol St. NW, #128
Washington, D. C. 20011-8400
(202) 291-5968
Plaintiff pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE R, WILSON,

Plaintiff,

v.   Civil Action No. 06-1585 (HHK)

TIMOTHY COX
CHIEF OPERATINF OFICER
ARMED FORCES RETIREMENT
HOME-WASHINGTON, et al

Defendants.

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time, the merits thereof. And for good cause shown, it is this ___ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the Plaintiff shall have up to and including May 7, 2008 in which to answer, move or otherwise respond to Defendant's "Motion to Dismiss" or, in the alternative, "For Summary Judgment."

Date_____

_____
UNITED STATES DISTRICT JUDGE

## Certificate of Service

This is to certify that on this date, April 1, 2008, I caused the foregoing document to be delivered to the officials identified as indicated.

U. S. Mail

<u>United States District Judge</u>
The Clerk of the Court
(for)
The Honorable Henry H. Kennedy
333 Constitution Ave.
Washington, D. C. 20001

U. S. Mail

<u>Assistant United States Attorney</u>
Ms. Marian Borum
555 Fourth Street, NW, Civil Division
Washington, D. C. 20530

April 1, 2008

*Theodore R. Wilson*
Theodore R. Wilson
Plaintiff/Pro se Representative