UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THEODORE R. WILSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1585 (HHK) |
| TIMOTHY COX, CHIEF OPERATING OFFICER, ARMED FORCES RETIREMENT HOME-WASHINGTON, <u>et al</u>. | ) |
| Defendant. | ) |

**CONSENT MOTION FOR ENLARGEMENT TO FILE REPLY**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully moves for an enlargement of time of forty-seven (47) days, up to and including June 16, 2008, in which to file a reply in this matter. Defendant's reply would otherwise be due on April 30, 2008. As grounds for this Motion Defendant states as follows:

After having been granted an enlargement of time, Plaintiff *pro se* filed the following documents: 1) Plaintiff's Response to Defendant's Facts In Support of Defendant's Motion to Dismiss or, in the Alternative for Summary Judgment; 2) Plaintiff's Response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment; 3) Plaintiff's Statement of Material Facts As to Which There is No Genuine Dispute; and 4) Plaintiff's Counter-Statement of Material Facts As to Which There Exist Genuine Grounds for Dispute. <u>See</u> Docket Entry No. 29. While each of these documents is stamped as being filed on April 22, 2008, Defendant did not receive these filings until it received notification through the Court's electronic filing system

on April 29, 2008. This left the Defendant with just one day to file a reply. Moreover, agency counsel in this matter will be in training several days during the weeks of May 5, 2008 and May 12, 2008. Undersigned counsel will be on committed leave for several days during the week of May 19, 2008. For these reasons, counsel will need additional time in order to prepare and file responses to Plaintiff's filings.

Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff *pro se* to ascertain his position on this motion. Plaintiff *pro se* consents to this motion. For these reasons, and to ensure that the government has sufficient time to prepare a response, Defendant respectfully requests that the enlargement of time be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of April, 2008, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff *pro se*:

Theodore R. Wilson
3700 North Capitol Street, N.W., #128
Washington, D.C.  20011-8400

                            /s/
                            MARIAN L. BORUM
                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE R. WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY COX, )<br>CHIEF OPERATING OFFICER, )<br>ARMED FORCES RETIREMENT )<br>HOME-WASHINGTON, <u>et al</u>. )<br>)<br>Defendant. )<br> | Civil Action No. 06-1585 (HHK) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including June 16, 2008 in which to file a reply.


Date _____          _____
                                    UNITED STATES DISTRICT JUDGE